**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2227**

PAUL A. MITCHELL,

                  Plaintiff - Appellant,

         v.

NORTH CAROLINA DIVISION OF EMPLOYMENT SECURITY; WAYNE
COMMUNITY COLLEGE,

                  Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:14-cv-00584-D)

Submitted:  April 23, 2015             Decided:  April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul A. Mitchell, Appellant Pro Se.  Sharon Johnston, EMPLOYMENT
SECURITY COMMISSION OF NORTH CAROLINA; Joshua Mark Krasner,
JACKSON LEWIS PC, Cary, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Mitchell appeals the district court's order dismissing his complaint filed pursuant to Title VI and Title VII of the Civil Rights Act of 1964, and denying his request for a temporary restraining order and a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] Mitchell v. N.C. Div. of Emp't Sec., No. 5:14-cv-00584-D (E.D.N.C. Nov. 4, 2014). We deny as moot Mitchell's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent that Mitchell appeals the denial of his request for a temporary restraining order, such denials are generally not appealable. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). We therefore dismiss the appeal insofar as he is appealing the denial of a temporary restraining order.